CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 28 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AL-QAHIRA JIHAD AL-MATEEN BAKRA, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>MOSBY G. PERROW, et al., )<br>Defendants. ) | Civil Action No. 7:15-cv-00698<br><br>ORDER<br><br>By:  Hon. Jackson L. Kiser<br>     Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 28th day of March, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge